[No. 9495-9-II.   Division Two.   July 14, 1987.]

JUEL LANGE, *Respondent,* v. PUBLIC UTILITY DISTRICT No. 1 OF KITSAP COUNTY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-2-00858-1, Karen B. Conoley, J., entered January 8, 1986. *Affirmed* by unpublished opinion per Yencopal, J. Pro Tem., concurred in by Brachtenbach and Thompson, JJ. Pro Tem.

[No. 9665-0-II.   Division Two.   July 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. HUGH D. CARINO, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00010-5, Robert L. Charette, J., entered March 17, 1986. *Affirmed* by unpublished opinion per Kruse, J. Pro Tem., concurred in by Alexander, A.C.J., and Dolliver, J. Pro Tem.

[No. 9224-7-II.   Division Two.   July 14, 1987.]

TESCO CONSTRUCTION, INC., *Appellant,* v. EDELWEISS DAIRY FARMS USA, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80-2-00283-7, Frank E. Baker, J., entered September 9, 1985. *Affirmed* by unpublished opinion per Yencopal, J. Pro Tem., concurred in by Brachtenbach and Thompson, JJ. Pro Tem.